JULES C. KLEIN, Respondent, v. NEVE DRUG STORES, INCORPORATED, and Others, Appellants, and Others, Defendants.— Motion to dismiss appeal granted,

with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.